United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JOHNSON,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>　　　　　　Defendants. | Case No. 23-cv-02478-JSC<br><br>**ORDER RE: PRETRIAL AND TRIAL SCHEDULE** |

Jury trial in this action commences on January 5, 2026. The Court expects the parties to receive the completed jury questionnaires by December 29, 2025. The parties should then meet and confer regarding whether they agree to excuse any of the potential jurors. The Court may also issue an order identifying potential jurors the Court is inclined to excuse. On December 31, 2025 at 10:30 a.m. the Court will hold a brief Zoom hearing to finalize a list of excused jurors, if any.

The trial schedule is now as follows:

| | |
|---|---|
| Monday, January 5, 2026: | 8:15 a.m. to 3:00 p.m. |
| Tuesday, January 6, 2026: | 8:15 a.m. to 3:00 p.m. |
| Wednesday, January 7, 2026: | NO TRIAL |
| Thursday, January 8, 2026: | 8:15 a.m. to 3:00 p.m. |
| Friday, January 9, 2026: | 8:15 a.m. to 3:00 p.m. |

//

//

The parties shall plan on presenting closing arguments on Friday, January 9, 2026, if not earlier.

**IT IS SO ORDERED.**

Dated: December 23, 2025

_____
JACQUELINE SCOTT CORLEY
United States District Judge