UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN PAUL JOHNSON,<br><br>        Plaintiffs,<br><br>   v.<br><br>CITY OF SANTA ROSA, et al.,<br><br>        Defendants. | Case No. 23-cv-02478-JSC<br><br>**REFRESHMENT ORDER** |

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning **January 9, 2026**, for the duration of the trial, and lunch during jury deliberations, at the expense of the United States. The trial will be held in Courtroom 8 , 19th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

**IT IS SO ORDERED.**

Dated: January 8, 2026

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge